UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS C. SHRADER, | Case No. 2:25-cv-05182-DSF (DTB) |
| Petitioner, | **ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |
| v. | |
| V. ARAIZA-RAMIEREZ, Warden, | |
| Respondent. | |

On June 6, 2025, petitioner filed an "Emergency Writ for Relief from Unconstitutional Detention and Immediate Transfer to Residential Re-Entry Center (Half-Way House)" (Docket No. 1); a "Motion for Temporary Restraining Order" (Docket No. 2); and a "Motion" (Docket No. 3). On June 6, 2025, the Court issued its Notice of Judge Assignment and Reference to a United States Magistrate Judge ("Notice"). (Docket No. 5).

On June 13, 2025, the Court denied Petitioner's Motion for a Temporary Restraining Order. (Docket No. 9).

/ / /

/ / /

1

On June 23, 2025, the Court received its Notice returned from the institution marked as "Return to Sender Not Deliverable as Addressed Unable to Forward." (Docket No. 11).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **August 26, 2025.**

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: July 30, 2025

_____
DAVID T. BRISTOW
United States Magistrate Judge