JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS C. SHRADER,<br><br>    Petitioner,<br><br>    v.<br><br>V. ARAIZA-RAMIREZ, Warden,<br><br>    Defendants. | Case No. 2:25-cv-05182-DSF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 17, 2025

_____
DALE S. FISCHER
United States District Judge